```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 -----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
                  -v-                     :         19mj11703 (DLC)
                                          :
 TODD McCLAIN,                            :              ORDER
                                          :
                      Defendant.          :
                                          :
 -----------------------------------------X
```

DENISE COTE, District Judge:

An Order of July 7, 2020 scheduled a waiver of indictment and guilty plea in this case to occur on Thursday, July 23, 2020 at 9:00 a.m. via CourtCall.  It is hereby

ORDERED that co-counsel, members of the press, and the public may access the audio feed of the conference by calling **855-268-7844**, using access code **67812309#**, and PIN **9921299#**. The public dial-in credentials provided in the July 8 Order shall not be used.

IT IS FURTHER ORDERED that the July 7 Order stated that only the Court, the defendant, and defense counsel may appear by video for the proceeding.  Counsel for the Government may also appear by video.

IT IS FURTHER ORDERED that the remainder of the July 7
Order remains in effect.


Dated:    New York, New York
          July 17, 2020


_____
DENISE COTE
United States District Judge